USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2021

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**MEMORANDUM ENDORSED**

IRENE HECHT, on behalf of herself and all others similarly situated,

    Plaintiff,

-v-

DD TRADERS, INC.,

    Defendant.

Civil Case Number: 1:20-cv-05852-GHW

**STIPULATION OF DISMISSAL**

Pursuant to Rule 4l(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiffs voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:   May 3, 2021

_____
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

_____
Timothy Jon Straub, Esq.
DENTONS US LLP
1221 Avenue of Americas
New York, NY 10020
Tel: (212) 768-6821
Email: timothy.straub@dentons.com

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii).

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: May 3, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge